SUIT AGAINST THE STATE OR IN THE ALTERNATIVE TO APPROPRIATE A SUM AS COMPENSATION FOR A PERSON WHO HAS BEEN CONVICTED OR INCARCERATED FOR A FELONY AND WHO HAS LATER BEEN DETERMINED TO BE INNOCENT BECAUSE ANOTHER PERSON COMMITTED THE CRIME " MAY THIS BILL BE VALIDLY ENACTED BY THE OKLAHOMA LEGISLATURE ? — NEGATIVE CITE: ARTICLE X, SECTION 15, ARTICLE X, SECTION 14 (FRED HANSEN) (SOVEREIGN IMMUNITY)